UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>    Plaintiff,<br><br>  v.<br><br>TRU 2005 REI, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-01827-WBS-CMK<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 3, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE